Fill in this information to identify your case:

United States Bankruptcy Court for the:

Northern District of California ▾

Case number (if known): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | Carl <br> First name <br><br> Alexander <br> Middle name <br><br> Wescott <br> Last name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
| | Bring your picture identification to your meeting with the trustee. | | |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | _____ First name <br> _____ Middle name <br> _____ Last name <br><br> _____ First name <br> _____ Middle name <br> _____ Last name | _____ First name <br> _____ Middle name <br> _____ Last name <br><br> _____ First name <br> _____ Middle name <br> _____ Last name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 8 6 6 4 <br> OR <br> 9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___ <br> OR <br> 9 xx – xx – ___ ___ ___ ___ |

Case: 16-10975    Doc# 1    Filed: 11/14/16    Entered: 11/14/16 15:42:33    Page 1 of 44

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names<br><br>*see attached* | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>EIN __ __ – __ __ __ __ __ __ __<br><br>EIN __ __ – __ __ __ __ __ __ __ | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>EIN __ __ – __ __ __ __ __ __ __<br><br>EIN __ __ – __ __ __ __ __ __ __ |
| **5. Where you live**<br><br>*see attached* | _____<br>Number   Street<br><br>_____<br><br>_____<br>City        State   ZIP Code<br><br>_____<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>P O Box ~~321~~ 1304<br>_____<br>Number   Street<br><br>(1304)<br>_____<br>P.O. Box<br><br>SAUSALITO   CA   94966<br>_____<br>City        State   ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number   Street<br><br>_____<br><br>_____<br>City        State   ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number   Street<br><br>_____<br>P.O. Box<br><br>_____<br>City        State   ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.)<br><br>_____<br>_____<br>_____<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.)<br><br>_____<br>_____<br>_____<br>_____ |

Debtor 1 __Carl Alexander Wescott_____   Case number (if known)_____
First Name    Middle Name    Last Name

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☐ No
- ☑ Yes. District __Northern California__ When __10/24/2016__ Case number __16-10905__
                                                   MM / DD / YYYY
           District __Northern California__ When __01/17/2012__ Case number __12-30143__
                                                   MM / DD / YYYY
           District _____ When _____ Case number _____
                                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes. Debtor _____ Relationship to you _____
           District _____ When _____ Case number, if known_____
                                                   MM / DD / YYYY

           Debtor _____ Relationship to you _____
           District _____ When _____ Case number, if known_____
                                                   MM / DD / YYYY

**11. Do you rent your residence?**

- ☑ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

    - ☐ No. Go to line 12.
    - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Case: 16-10975    Doc# 1    Filed: 11/14/16    Entered: 11/14/16 15:42:33    Page 3 of 44

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____
City                                State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
                        Number      Street

_____

_____
City                                State        ZIP Code

Case: 16-10975   Doc# 1   Filed: 11/14/16   Entered: 11/14/16 15:42:33   Page 4 of 44

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case: 16-10975    Doc# 1    Filed: 11/14/16    Entered: 11/14/16 15:42:33    Page 5 of 44

## Part 6:    Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

- ☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☑ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☑ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____     X _____
Signature of Debtor 1                    Signature of Debtor 2

Executed on __11/14/2016__                Executed on _____
             MM / DD / YYYY                           MM / DD / YYYY

Case: 16-10975    Doc# 1    Filed: 11/14/16    Entered: 11/14/16 15:42:33    Page 6 of 44

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✖ _____
Signature of Attorney for Debtor

Date  _____
MM  /  DD  / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____

_____
City                                State    ZIP Code

Contact phone  _____

Email address  _____

_____
Bar number                          State

Case: 16-10975    Doc# 1    Filed: 11/14/16    Entered: 11/14/16 15:42:33    Page 7 of 44

| | |
|---|---|
| **For you if you are filing this bankruptcy without an attorney**<br><br>**If you are represented by an attorney, you do not need to file this page.** | The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**<br><br>To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.<br><br>You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**<br><br>If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply. |

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No

☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No

☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No

☐ Yes. Name of Person_____.
     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

| | |
|---|---|
| ✗ _~Cl wescott~_____ | ✗ _____ |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date __11/14/2016__<br>      MM / DD / YYYY | Date _____<br>      MM / DD / YYYY |
| Contact phone __(415) 335-5000__ | Contact phone _____ |
| Cell phone __(415) 335-5000__ | Cell phone _____ |
| Email address __cawchapter7@gmail.com__ | Email address _____ |

Case: 16-10975    Doc# 1    Filed: 11/14/16    Entered: 11/14/16 15:42:33    Page 8 of 44

**Question 4) EINs and business names**

Here are all the EINs I could find, and their associated business names:

94-3193712 EduTain, Inc.
94-3193714 EyeThink ErgoSound Inc.
94-3193716 Gyrosoft, Inc.
94-3210022 The MultiMedia Advantage, Inc.
91-1784386 The Stanford-Wescott Corporation
20-0221099 PeopleBridge, Inc.
20-0667909 KnightsRidge Wines, Inc.
72-1593402 Broadband Mechanics, Inc.
20-3824618 Miracle Solutions, Inc.
20-4487284 Surprise Development, Inc.
41-2200049 3878-3886 Noriega Owner's Association
56-2616703 Sycamore Investment Partners, Inc.
61-1520411 Chuluganti Investments, Inc.
37-1537382 Noesis Partners, Inc.
26-0682578 1083 Mississippi Street, LLC
26-2335520 11385 East Road, LLC
02-0811387 Bradshaw Urban Development, LLC
26-3260708 DEHLI MINI STORAGE, LLC
26-3260661 AYSS MINI STORAGE LLC
30-0670241 9501 Lane Drive, LLC
26-2345809 Oroville Industrial Park, LLC
27-2956455 Pook Snook Dook Limited Partnership
26-3199184 Livingston Retail LLC

There are likely more EINs and entities, but this is all I could find (my ex-wife has possession of all my office files, among other possessions).

## Question 5) Where you live

The reason I left this part blank is that I have not had a place to live since September 1st, 2014, when my now-ex-wife, Monette Stephens, forced me out of our homes and on to the streets. I do rent an office in Sausalito, but I have not made a single rent payment on the office in 2016 and will be losing that shortly.

This is also the reason I checked "no" in question 11 about renting my residence. I don't own one, either.

## Question 12) Sole Proprietor

I checked no, but this does not mean that I haven't attempted to work as a sole proprietor. For example, I have attempted to consult (but have zero earned income in the past 2+ years). I attempted to do forensic analysis and signed a contract to do so. I attempted to buy multiple assets and companies. I attempted to help many businesses. However, given my lack of income for 2+ years, and the fact that I did not file a Fictitious Business Name, "no" is the most accurate answer.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:                                    Case No.:

CARL ALEXANDER WESLOTT

_____ Debtor(s)   /

### CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of 33 sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: 11/14/2016

_____
Signature of Debtor's Attorney or Pro Per Debtor

Adam Weiner
4359 Town Center Blvd. Suite 210
El Dorado Hills, CA 95762


Advanta Business Services
11850 S. Election Drive
Draper, UT 84020


Alliance Financial Inc.
8001 Irvine Center Dr. Ste 980
Irvine, CA 92618


AllianceOne 40538309
6160 Mission Gorge Road Suite 300
San Diego, CA 92120


American Express
Box 0001
Los Angeles, CA 90096-8000


American General Finance
PO BOX 31016
Charleston, SC 29417-1016


America's Servicing Company
7495 New Horizon Way
Frederick, MD 21703


America's Servicing Company
P.O. Box 60768
Los Angeles, CA 90060

America's Servicing Company
P.O. Box 10388
Des Moines IA 50306-0388


Amex
P.O. Box 7871
Fort Lauderdale, FL 33329


Andy Riedel
3217 Upper Lock
Belmont, CA 94002


Arthur Silverman and Nancy Legge
2500 Deer Valley Rd Apt 1113
San Rafael, CA 94903


ASC
P.O. Box 60768,
Los Angeles, CA 90060


AT&T
PO Box 537104
Atlanta, GA 30353


Bank of California
640 Battery Street
San Francisco, CA 94111-1807

Bank One
North 54 W 13600 Woodale
Menomonee Falls, WI 53051


BankAmerica
4066
1825 E Buckeye Road
Phoenix, AZ 85034


BankOne NA
201 N Walnut Street
Wilmington, DE


Bank of the West
801 Clement St
San Francisco, CA 94118


Bank of the West 11525212
PO Box 45405
Los Angeles, CA 90045-0405


Barclays Bank Delaware Card Services
P.O. Box 13337
Philadelphia, PA 19101-3337


Best Service Company 11525212
6700 S. Centinela Avenue, Third Floor
Culver City, CA 90230-6304

Bloomingdales's
PO Box 183083
Columbus, OH 43218-3083


Blythe Klein
D Street
Monte Rio, CA 95462


Boost Inc.
1 Duane St #40
Redwood City, CA 94062


BPG
2747 San Pablo Avenue
Berkeley, CA 94702


Brad Oldenbrook
323 Willow Ave
Corte Madera, CA 94925


Brian Allen
135 East Washington Row
Sandusky OH 44870


Brian Reed
1085 Mississippi Street
San Francisco, CA 94107


Broadway Atwater Properties LLC
45 Mitchell Blvd # 14
San Rafael, CA 94903

Bruce Friedman
1852 Barossa Drive
San Ramon, CA 94582


Business and Professional Services
816 S Center St.
Reno, NV 89501


California Pacific Medical Center
File 737710, PO Box 60000
San Francisco, CA 94160-0001


CareerMaker, Inc.
555 Bryant Street
Suite 251
Palo Alto, CA 94301


Carl Eidsness
PO Box 105
Reserve, MT 59258


CCI Funding I LLC
8101 E Prentice Avenue
Greenwood Village, CO 80111


Charlie Fiechter
1083 Mississippi Street
San Francisco, CA 94107

Chase
PO Box 78148
Phoenix, AZ 85062


Chase
PO Box 78035
Phoenix, AZ 85062


Chase
1400 E. Newport Center Drive
Deerfield Beach, FL 33442


Chase Card Services
CardMember Services
P.O. Box 94014
Palatine, IL 60094-4014


Chase Manhattan Mortgage
P.O. Box 509011
10790 Rancho Bernardo Road
San Diego, CA 92127-5705


Chase Manhattan Mortgage
1400 E Newport Center Drive
Deerfield Beach, FL 33442


Chase Manhattan Mortgage
200 Old Wilson Road
Worthington, OH 43085


Chase Manhattan Mortgage
P.O. Box 24696
Columbus, OH 43224

Chase Manhattan Mortgage
802 Delaware Avenue 8TH Floor
Wilmington, DE 19081


Chase Manhattan Mortgage
P.O. Box 31098
Tampa, FL 33631


Christopher Hayes
1 Duane St #40
Redwood City, CA 94062


Chuck Baumann
6529 Crown Blvd.
San Jose CA 95120


Citibank
P.O. Box 6500
Sioux Falls, SD 57117


Citi Cards CBSDNA
P.O. Box 6241
Sioux Falls, SD 57117


Citibank
P.O. Box 9438
Gaithersburg, MD 20898


Citibank N.A.
15851 Clayton Road MS-301
Ballwin, MO 63011

Citibank N.A.
15851 Clayton Road
Ballwin, MO 63011


Commercial Capital, Inc.
P.O. Box 630130
Littleton, CO 80163


Continental Towing (7EWJ359)
4055 Folsom Court
Concord, CA 94520


Corey Waggoner
PO Box 162
Mercer Island, WA 98040


County Parking Div 1714960542
250 Frank H Ogawa Plaza Suite 6330
Oakland CA 94578


CreditOne Bank
585 Pilot Road
Las Vegas, CA 94903


Dan Harless
PO Box 1114
King City, CA 93930


Dan Leimel
8001 Irvine Center Dr. Ste 980
Irvine, CA 92618

Darian Heyman
354 Shotwell St.
San Francisco, CA 94110


Davia Weiner
4359 Town Center Blvd. Suite 210
El Dorado Hills, CA 95762


David Baird
Wells Fargo Advisors
1000 Louisiana Street
Houston, TX 77002


David Harless
PO Box 1114
King City, CA 93930


David Kirk
4175 West Dry Creek Road
Healdsburg, CA 95448


David Maltz and Antje Kahn
722 Hampshire Street
San Francisco, CA


David Nevraumont
PO Box 884
Cobb, CA 95426-0884


DDK Ventures, LLC
P.O. Box 1114
King City, CA 93930

Deutsche Bank
101 California St # 46
San Francisco, CA 94111


Department of Motor Vehicles
1377 Fell Street
San Francisco, CA 94117


Dino Di Donato, MD
1231 Market Street, #810
San Francisco, CA 94103


Donecker Consulting, Inc.
2939 Rockwell Court
Davis, CA 95616


Doug Gladstone
621 Boulevard Way
Piedmont, CA 94610


Dylan Bartlett
PO Box 788
Forestville CA 95436

Eric Reisner
1504 haverford Way
McKinney, TX 75071


Fastrak Customer Service Center (accounts
including 1019242)
PO Box 26926
San Francisco, CA 94126


Federico Fischer
Misiones 1371, 5th floor
Montevideo 11000, Uruguay


Fischer and Schickendantz
Misiones 1371, 5th floor
Montevideo 11000, Uruguay


First Data
5565 Glenridge Connector NE, Suite 2000
Atlanta, GA 30342


First USA
P.O. Box 8650
Wilmington, DE 19899

First USA Bank
2500 Westfield Road
Elgin, IL 60123


First USA Bank
1001 Jefferson Plaza
Wilmington, DE 19801


First USA Bank
2500 Westfield Road Suite 6
Elgin, IL 60123


Fred and Joan Reamer
350 S. Meadowood Lane
Sierra Vista, AZ 85635


Gary Counts
2205 Byers Avenue
Joplin, MO 64804


Gary Shamshoian
One DNA Way
South San Francisco, CA 94080


GEICO
PO Box 509090
San Diego, CA 92150-9090


Gem Arthur
Acme Development
1110 Mar West Street Suite A
Tiburon, CA 94920

GEMB/MERV General Motors Mtg Cor.
3451 Hammond Avenue/PO Box 780
Waterloo, IA 50702


Glenn and Carol Araujo
216 Boothbay Avenue
Foster City, CA 94404


Gina Perry
Marakana
301 Howard Ste 550
San Francisco, CA 94105


GMAC
P.O. Box 4622
Waterloo, IA 50704


Gold Line Investment Group, LLC
216 N. East St.
Woodland, CA 95776


Gus McConnell
129 44th street
Manhattan Beach, Ca. 90266


Henry Petras
1462 Hayes Street
San Francisco, CA 94117

Hilary Dye
444 DeHaro Street
San Francisco, CA 94107


Homecoming Funding Network
2711 N Haskell Suite 1000
Dallas, TX 75204


Homecoming Financial
2711 N Haskell Suite 1000
Dallas, TX 75204


HSBC
601 Montgomery St #108
San Francisco, CA 94111


HLA Group
1050 Twentieth Street Suite 200
Sacramento, CA 95811


Ionian Capital
45 Mitchell Blvd # 14
San Rafael, CA 94903


Ionian-36, LLC
45 Mitchell Blvd # 14
San Rafael, CA 94903


Ina Goodman
2115 West 24th Avenue
Eugene OR 97405

Insight Ventures
2105 Woodside Rd.
Woodside, CA 94062


Jack T. Lance and Kathy Lance
3287 Pharoahs Lane
Sebastopol, CA 95472


Jacobszoon Forestry Services
P.O. Box 225
Cazadero, CA 95470


James Fuller
2508 Grand Teton Avenue
Hemet, CA 92544


Jane Walter
3237 Sacramento St
San Francisco, CA 94115


Jared Meredith
PO Box 4391
EL Dorado Hills, CA  95762


Jason Hardy
38 Penn Plaza
Bangor, ME 04401

Jason Schwager
45 Mitchell Blvd # 14
San Rafael, CA 94903


Jeff Middlemiss
122 1/2 44th st
Manhattan beach ca 90266


Jenny Wheeling
122 1/2 44th st
Manhattan beach ca 90266


Jim Motter
9000 Crow Canyon Road
Danville, CA 94506


Joe Masarich
2300 Geng Road #102
Palo Alto, CA 94303


Joe Martin
Avenida Morazan
Calle del Hospital D'Antoni
La Ceiba, Honduras


Joe Simonetta
Hacienda San Joaquin
Vilcabamba, Ecuador


\

Joe Stowe
1636 Nina Court
Santa Rosa, CA 95403


John Ballard
31899 Del Obispo #130
San Juan Capistrano, CA 92675


John Dye
444 DeHaro Street
San Francisco, CA 94107


John Lee
2194 15th St
San Francisco CA 94114


John Matthesen
220 Giants Neck Road
Niantic CT 06357


John Packowski
1400 S Street, suite 200
Sacramento, CA 95814


John Schrader and Nyra Krstovich
297C Kansas Street
San Francisco, CA 94103


John Yeager
201 Woodbourn Rd.
Levittown, PA 19056

Jon Gettinger
953 Mission Street #201
San Francisco, CA 94103


Jonathan Gus McConnell
129 44th street
Manhattan Beach, Ca. 90266


Justin Fatzer
5700 J Street
Sacramento, CA 95819


Juan Corral
2059 Mountain Blvd.
Oakland, CA 94611


Junpier Bank
1007 Orange
Wilmington, DE 19801


Karim Sobati
2342 Shattuck Ave. #873
Berkeley, CA 94704


Karl Sigaporia
1055 E Brokaw Rd # 30-171
San Jose, CA 95131-2318

Ken Downey
555 Bryant Street
Suite 251
Palo Alto, CA 94301


Ken Matusow and Barbara Yee
840 Loma Vista Avenue
Moss Beach, CA 94038


Kooi-Hong Leong-Cheong
668 Blair Avenue
Piedmont, CA 94611


Krista and Steve Donecker
2939 Rockwell Court
Davis, CA 95616


Lafayette Capital Group
270 Lafayette Circle
Lafayette, CA 94549


Lance and Associates
3287 Pharoahs Lane
Sebastopol, CA 95472


Lance Family Trust
3287 Pharoahs Lane
Sebastopol, CA 95472


Larry Smith
Smith and Company Financial Corporation
1527 5th Avenue
San Rafael, CA  94901

Laurence Andrews
P.O. Box 2636
Vacaville, CA 95696


Leigh Kirk
4175 West Dry Creek Road
Healdsburg, CA 95448


Lucia Carluccio
Uruguay Costero
Montevideo Uruguay


Leigh Lightfoot
Avenida Morazan
Calle del Hospital D'Antoni
La Ceiba, Honduras


Linda Ashmore
38967 County Road 24
Hugo, CO 80821-9704


Lorien Ondre
2342 Shattuck Ave. #873
Berkeley, CA 94704


Los Angeles Superior Court
111 N Hill St #102
Los Angeles, CA 90012


LVS/Lvovich and Szucsko, P.C.
260 California #1001
San Francisco, CA 94111

Magnate Fund LLC
1355 Willow Way, Suite 261
Concord, CA 94520


Manufacturer's Hanover
1400 E Newport Center
Deerfield Beach, FL 33442


Marjatta Wescott
8210 E. Via de La Escuela
Scottsdale, AZ 85258


Mark and Michiko Luders
3200 The Alameda
Concord, CA 94519-2816


Marc and Natalie Jackson
15420 Carey Lane, B
San Martin, CA 95046


Mark Shimone Warfield
Km. 112, San Andres Sematabaj
Soloa, Guatemala


Marko Gargenta
20 Skypark
South San Francisco, CA 94080


Marty Hawke
8200 Central Avenue
Newark, CA 94560

Mary Yates
1083 Mississippi Street
San Francisco, CA 94107


Melissa Cardiff
310 Filbert #B
San Francisco, CA 94133


Mendocino County
501 Low Gap Rd, Room 1060
Ukiah, CA 95482


Michael Dequine
2295 Gateway Oaks Dr. #140
Sacramento, CA 95833


Michelle Harris
351 California Street #930
San Francisco, CA 94104


Mike Aalid
Montecristo
El Transito, Nicaragua


Mike Edwards
507 East 6th Street #3R
New York, NY 10009


Mike Gill
216 N. East St.
Woodland, CA 95776

Mike Pierce
4175 West Dry Creek Road
Healdsburg, CA 95448


Mike Shea
42 Clubhouse Ave.
Venice, Ca. 90291


National City Northern
1 Cascade Plaza
Akron, OH 44305


Nicole Wescott
11333 North 92nd Street #2063
Scottsdale AZ 85260


Nichole Cheline
Paseo de las Primaveras #33
Rancho Contento, 45222/Zapopan
Jalisco, Mexico


Noel Knight
2616 Harrison St. #1
Oakland, CA 94612


Nor Cal Investment Group, LLC
216 N. East St.
Woodland, CA 95776


Nordstrom Bank
P.O. Box 79134
Phoenix, AZ 85062-9134

Northern Energy
285 Kinley Drive
Healdsburg, CA 95448-9401


Nova Designs
297C Kansas Street
San Francisco, CA 94103


Oakland - Cy Parking Div
Re Lodestar Technology LLC
250 Frank H Ogawa Plaza Suite 6330
Oakland CA 94578


Oakland - County Parking Div 1714960553
250 Frank H Ogawa Plaza Suite 6330
Oakland CA 94578


Palms Owners Association
555 4th Street
San Francisco, CA 94107


Patrick Faverty
1575 Bee Canyon Road
Arroyo Grande, CA 93420


Patty Aalid
Montecristo
El Transito, Nicaragua


Paul Leib
2210 Overlook Drive
Lake Oswego, OR 97034

Peng Leong
668 Blair Avenue
Piedmont, CA 94611


Peng Leong and Kooi-Hong Leong-Cheong
Trustees of the DSTL Family Trust
668 Blair Avenue
Piedmont, CA 94611


Powell Development & Investment LLC
13014 North Dale Mabry Hwy #335
Tampa, Florida 33618


Quality Housing Solutions, LLC
1900 Grass Valley Highway
Auburn, CA 95603


Randy Jacobszoon
P.O. Box 225
Cazadero, CA 95470


Rene Torres
5600 Picasso Drive
Yorba Linda, CA 92887


Resources Corp OCBB Custodial Trust FBO
Jonathan Gettinger
953 Mission Street #201
San Francisco, CA 94103


Rick Louie
1484 Pollard Road #536
Los Gatos, CA 95032

```
Rick and Joyce Wescott
14265 SW 141st Avenue
Tigard OR 97224-1406


Rob Lonsdale
P.O. Box 394
Woodacre, CA 94973


Robert Carl Norton
951 Rubicon Court
Ukiah, CA 95482


San Francisco
875 Stevenson Street
San Francisco, CA 94102


San Francisco Chronicle
901 Mission St
San Francisco, CA 94103


San Francisco County
400 S. Van Ness Avenue
San Francisco, CA 94103


San Francisco County
MTA citations re Lodestar Technology LLC
11 S Van Ness Avenue
San Francisco, CA 94103


SF County MTA citation 864987782
11 S Van Ness Avenue
San Francisco, CA 94103
```

San Francisco County MTA
Citation 866121266,PD25383610
11 S Van Ness Avenue
San Francisco, CA 94103


San Francisco County Recorder
400 S. Van Ness Avenue
San Francisco, CA 94103


SF County Municipal Traffic Agency
Citations 1003702033
11 S Van Ness Avenue
San Francisco, CA 94103


San Francisco Superior Court
400 McAllister Street
San Francisco, CA 94102


San Francisco Water Power and Sewer
525 Golden Gate Avenue, 2nd floor
San Francisco, CA 94102


Santa Barbara County
105 East Anapamu Street
Santa Barbara 93101


Santa Barbara Superior Court
1100 Anacapa St #1
Santa Barbara, CA 93101


SC Anderson Inc.
2160 Mars Court
Bakersfield, CA 93380-1747

SF Emergency Medical Assoc
Dept LA 23518
Pasadena, CA 91185-0001


SMR
45 Mitchell Blvd # 14
San Rafael, CA 94903


Sonoma County
585 Fiscal Drive, Suite 104-F
Santa Rosa, CA 95403


Soji Fanoiki
1087 Mississippi Street
San Francisco, CA 94107


Sterling Pacific
1205 Freedom Blvd. Suite 2
Watsonville, CA 95076


Steve Bonilla
555-4th St. #411
San Francisco, CA 94117


Stoltz Law
351 California Street #930
San Francisco, CA 94104


Superior Court of California, County of
Marin
3501 Civic Center Drive
San Rafael, CA 94903

Superior Court of California, County of
San Francisco
850 Bryant Street, Room 145
San Francisco, CA 94103-4664


Susan McShannock
45 Mitchell Blvd # 14
San Rafael, CA 94903-2011


Susana Petit
Calle Jose Ignacio Gorriti 3574
Buenos Aires C1172ACD, Argentina


Tammy Leemon
PO Box 1264
Abu Dhabi, UAE


Tanya Hayes
1 Duane St #40
Redwood City, CA 94062


Terry Szucsko
260 California #1001
San Francisco, CA 94111


Thomas P. Schenken
Schonecker Str. 12
Ludenscheld, 58515, GERMANY

Tim Schick
2747 San Pablo Avenue
Berkeley, CA 94702


Troy Powell
13014 North Dale Mabry Hwy #335
Tampa, Florida 33618


Universal Card
8787 Baypines
Jacksonville, FL 32201


UNLV/CITI
P.O. Box 6241
Sioux Falls, SD 57117


UruguayInvest Foreign Investment Advisors
Misiones 1371, 5th floor
Montevideo 11000, Uruguay


US Bank
936 State St
Santa Barbara, CA 93101


Vince Sosnkowski
Insight Ventures
2105 Woodside Rd.
Woodside, CA 94062

Virginia Naranja
18 de julio 2133 esc. 203
Montevideo, Uruguay


VisionBridge, Inc.
PO Box 191945
San Francisco, CA 94119


WCPD Citations ETCW805073065
1666 North Main Street
Walnut Creek, CA 94596


Walnut Creek Police Department
Re Lodestar Technology LLC
1666 North Main Street
Walnut Creek, CA 94596


WCPD ETCW8049533752
1666 North Main Street
Walnut Creek, CA 94596


Ward Wescott
17 Coonah Parade
Lane Cove, River's Edge
Sydney NSW Australia


Weeks Drilling and Pump Co.
6100 Highway 12
Sebastopol, CA 95472


Wells Fargo
PO Box 60768
Los Angeles, CA 90060

```
Wells Fargo
Wells Fargo Bank, N.A.
PO Box 536205
Atlanta, GA 30353-6205


Wells Fargo Card Services
P.O. Box 30086
Los Angeles, CA 90030-0086


Wells Fargo Home Mortgage
3476 Stateview Blvd.
Fort Mill, SC 29715


Wescott Brandon
17 Coonah Parade
Lane Cove, River's Edge
Sydney NSW Australia


Wescott Family Trust FBO Brandon Wescott
Miramonte Point Apt 801
11520 SE Sunnyside Road
Clackamas OR 97015-4306


Woody Marin
2802 Marlow Road
Santa Rosa, CA 95403


24 Hour Fitness USA
12647 Alcosta Blvd
San Ramon, CA 94583
```

GEICO
One GEICO Plaza
Bethesda, MD 20810


Pacific Gas and Electric Company
P.O. Box 997300
Sacramento, CA 95899-7300


Verizon Wireless Bankruptcy Admin
500 Technology Drive
Suite 550
Weldon Spring, MO 63304


John Hamels and Associates
70 Mitchell Boulevard Suite 103
San Rafael, CA 94903