UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re                                                                 Case No. 16-10975 AJ

Carl Alexander Wescott,

_____Debtor(s)._____/

**Order to File Required Documents and Notice Regarding Automatic Dismissal**

The debtor(s) named above failed to file the documents listed below.
- ☑ Schedule A/B: Property (*Official Form 106A/B*)
- ☑ Schedule C: The Property You Claim as Exempt (*Official Form 106C*)
- ☑ Schedule D: Creditors Who Have Claims Secured by Property (*Official Form 106D*)
- ☑ Schedule E/F: Creditors Who Have Unsecured Claims (*Official Form 106E/F*)
- ☑ Schedule G: Executory Contracts and Unexpired Leases (*Official Form 106G*)
- ☑ Schedule H: Your Codebtors (*Official Form 106H*)
- ☑ Schedule I: Your Income (*Official Form 106I*)
- ☑ Schedule J: Your Expenses (*Official Form 106J*)
- ☐ Schedule J-2: Expenses for Separate Household of Debtor 2 (*Official Form 106J-2*)
- ☑ Statement of Financial Affairs for Individuals Filing for Bankruptcy (*Official Form 107*)
- ☑ Summary of Your Assets and Liabilities and Certain Statistical Information (*Official Form 106Sum*)
- ☑ Chapter 7 Statement of Your Current Monthly Income (*Official Form 122A-1*)
- ☑ Declaration About an Individual Debtor's Schedules (*Official Form 106Dec*)
- ☐ Chapter 11 Statement of Your Current Monthly Income (*Official Form 122B*)
- ☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (*Official Form 122C–1*)
- ☐ Chapter 13 Calculation of Your Disposable Income (*Official Form 122C*)
- ☐ Chapter 13 Plan
- ☑ Payment Advices
- ☑ A Certificate that Credit Counseling as Required by U.S. C. §109(h) was Completed Prior to the Filing of the Petition
- ☑ Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (*Director's Form 2010*)
- ☐ Bankruptcy Petition Preparer's Notice, Declaration, and Signature (*Official Form 119*)
- ☐ [Other]

NOTICE IS GIVEN that unless the document(s) listed above are filed within 14 days of the filing of the petition, or such further time as the court may grant, the court MAY DISMISS this case. If you desire a hearing, you must file a request for hearing with proper service, within 7 days of the date of this Order.

Dated: November 15, 2016

Alan Jaroslovsky
Bankruptcy Court Judge