



**Fill in this information to identify your case:**

Debtor 1: Carl Alexander Wescott (First Name / Middle Name / Last Name)

Debtor 2: _____ (Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Northern District of California (State)

Case number: 16-10975 (If known)

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*..........................................................  $ _____ 0.00

   1b. Copy line 62, Total personal property, from *Schedule A/B*............................................  $ _____ 31,207.20

   1c. Copy line 63, Total of all property on *Schedule A/B* ........................................................  $ _____ 31,207.20

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............  $ _____ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.........................  $ 8,000,000.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*....................  + $ 77,000,000.00

   **Your total liabilities**  $ 85,000,000.00

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ........................................................  $ _____ 0.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ...................................................................  $ _____ 530.00

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☑ **No.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☐ **Yes**

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.   $ 0.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

   **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   | | |
   |---|---:|
   | 9a. Domestic support obligations (Copy line 6a.) | $ 8,000,000.00 |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
   | 9d. Student loans. (Copy line 6f.) | $ 0.00 |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 3,000,000.00 |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 1,000,000.00 |
   | 9g. **Total.** Add lines 9a through 9f. | $ 12,000,000.00 |

Official Form 106Sum - Carl Wescott - Additional Page - Page 1 of 1 - 106Sum Page 3

Note that in my 2012 chapter 7, my ex-wife Monette Stephens and I owned a house at that point, 853 Ashbury Street, San Francisco, CA 94117-4418, that then had 4 liens on it.

I believe there are currently at least 6 liens on it. There may be more. I haven't resided there since August 31st, 2014 so have not seen any related mail from lenders/creditors.

I checked the box "no" on form 106D since that house is not [my] property.

It was sold to Homer Ventures, LLC in 2012, and two of the four Deeds that were signed and sent to Rick Louie, Managing Member of Homer Ventures, were recorded, representing 98% of the ownership. 1% was owned by my revocable trust, and that 1% (along with the last 1%) were both Grant Deeded (or Quit Claimed - I don't recall) to Homer Ventures, LLC, at the same time, but those Deeds were not recorded in 2012, despite being sent to Rick Louie.

Even if I had any personal community ownership in that house, on October 13th, 2016 Judge Anne-Christine Massullo ordered that Ms. Stephens get the house. I don't believe that order has any effect except on possession of the house, given that neither Ms. Stephens nor I have any ownership in the house (contrary to Ms. Stephens' claims).

See the appendix of 106D for a list of the 4 liens (and table of further information) which had a balance of over $4 million as of 2012. I imagine those first 4 liens have a total balance of over $5 million at this point, since I am unaware of any payments made to those creditors in 6+ years.

Part 2 and Part 4: Please note all these numbers are approximate to the best of my ability:



| | | |
|---|---|---|
| 6a. | Domestic support: | $8,000,000 |
| 6e. | Total: | $8,000,000 |

Those domestic support numbers were fraudulently obtained and will be appealed.

| | | |
|---|---|---|
| 6f. | Student loans* | |
| 6g. | Further domestic obligations | $3,000,000 |
| 6h. | Debts to pension plans and similar** | $1,000,000 |
| 6i. | Other nonpriority unsecured claims | $173,000,000 |
| 6j. | Total 6f through 6i. | $177,000,000 |

* I owe approximately $40,000 to the federal government in student loans, but am not seeking to discharge that debt.

** If debts to SEPs and IRAs are in this category, then I owe approximately $1 million in category 6h.