**Fill in this information to identify your case:**

Debtor 1: Carl Alexander Wescott
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Northern District of California

Case number (If known): 16-10975

☐ Check if this is an amended filing

FILED
NOV 21 2016
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy  04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. What is your current marital status?

   ☐ Married
   ☑ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 853 Ashbury Street<br>Number  Street | From 06/15/2014<br>To 09/01/2014 | Number  Street | From ___<br>To ___ |
| San Francisco  CA  94117<br>City  State  ZIP Code | | City  State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 3910 Carol Avenue<br>Number  Street | From 02/25/2014<br>To 06/11/2014 | Number  Street | From ___<br>To ___ |
| Santa Barbara  CA  93110<br>City  State  ZIP Code | | City  State  ZIP Code | |

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2: Explain the Sources of Your Income

Official Form 107  Statement of Financial Affairs for Individuals Filing for Bankruptcy  page 1

Case: 16-10975  Doc# 11  Filed: 11/21/16  Entered: 11/21/16 12:45:14  Page 1 of 16

Debtor 1 **Carl Alexander Wescott** Case number (if known) 16-10975

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

   |  | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   |  | Sources of Income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of Income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
   | From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
   | For last calendar year:<br>(January 1 to December 31, ____ YYYY) | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
   | For the calendar year before that:<br>(January 1 to December 31, 2014 YYYY) | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $16,660.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☑ No
   ☐ Yes. Fill in the details.

   |  | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   |  | Sources of Income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of Income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
   | From January 1 of current year until the date you filed for bankruptcy: | _____ | $ _____ | _____ | $ _____ |
   |  | _____ | $ _____ | _____ | $ _____ |
   |  | _____ | $ _____ | _____ | $ _____ |
   | For last calendar year:<br>(January 1 to December 31, ____ YYYY) | _____ | $ _____ | _____ | $ _____ |
   |  | _____ | $ _____ | _____ | $ _____ |
   |  | _____ | $ _____ | _____ | $ _____ |
   | For the calendar year before that:<br>(January 1 to December 31, 2014 YYYY) | _____ | $ _____ | _____ | $ _____ |
   |  | _____ | $ _____ | _____ | $ _____ |
   |  | _____ | $ _____ | _____ | $ _____ |

Case: 16-10975   Doc# 11   Filed: 11/21/16   Entered: 11/21/16 12:45:14   Page 2 of 16

Debtor 1  Carl Alexander Wescott                                 Case number (if known) 16-10975
         First Name   Middle Name   Last Name

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

   ☑ **No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

   ☑ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name<br>Number Street<br>City State ZIP Code | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Creditor's Name<br>Number Street<br>City State ZIP Code | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Creditor's Name<br>Number Street<br>City State ZIP Code | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                page 3

Case: 16-10975   Doc# 11   Filed: 11/21/16   Entered: 11/21/16 12:45:14   Page 3 of 16

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

   | | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|
   | Insider's Name <br> Number  Street <br> City  State  ZIP Code | _____ | $_____ | $_____ | |
   | Insider's Name <br> Number  Street <br> City  State  ZIP Code | _____ | $_____ | $_____ | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

   | | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment <br> Include creditor's name |
   |---|---|---|---|---|
   | Insider's Name <br> Number  Street <br> City  State  ZIP Code | _____ | $_____ | $_____ | |
   | Insider's Name <br> Number  Street <br> City  State  ZIP Code | _____ | $_____ | $_____ | |

Debtor 1 __Carl Alexander Wescott__    Case number (if known) 16-10975
First Name   Middle Name   Last Name

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

   | Case title | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|
   | Case title: Wescott v. Stephens<br>Case number: FDI-14-781666 | Marital dissolution | Court Name: San Francisco Superior Court<br>Number Street: 400 McAllister<br>City: San Francisco  State: CA  ZIP Code: 94102 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
   | Case title: _____<br>Case number: _____ | | Court Name: _____<br>Number Street: _____<br>City _____ State _____ ZIP Code _____ | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor's Name / Number Street / City State ZIP Code | Describe the property / Explain what happened | Date | Value of the property |
    |---|---|---|---|
    | Creditor's Name: _____<br>Number Street: _____<br>City _____ State _____ ZIP Code _____ | Describe the property: _____<br>Explain what happened:<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | _____ | $_____ |
    | Creditor's Name: _____<br>Number Street: _____<br>City _____ State _____ ZIP Code _____ | Describe the property: _____<br>Explain what happened:<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | _____ | $_____ |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 5

Case: 16-10975   Doc# 11   Filed: 11/21/16   Entered: 11/21/16 12:45:14   Page 5 of 16

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| Creditor's Name<br>Number Street<br>City State ZIP Code | Describe the action the creditor took<br><br>Last 4 digits of account number: XXXX–___ ___ ___ ___ | Date action was taken | Amount<br>$ |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift<br><br>Number Street<br><br>City State ZIP Code<br>Person's relationship to you _____ | | | $<br><br>$ |
| Person to Whom You Gave the Gift<br><br>Number Street<br><br>City State ZIP Code<br>Person's relationship to you _____ | | | $<br><br>$ |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | | $ |
| | | | $ |
| Number Street | | | |
| City State ZIP Code | | | |

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | $ |

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number Street | | | $ |
| | | | $ |
| City State ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

|  | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid |  |  | $ |
| Number Street |  |  | $ |
| City State ZIP Code |  |  |  |
| Email or website address |  |  |  |
| Person Who Made the Payment, if Not You |  |  |  |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

|  | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid |  |  | $ |
| Number Street |  |  | $ |
| City State ZIP Code |  |  |  |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☐ Yes. Fill in the details.

|  | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer |  |  |  |
| Number Street |  |  |  |
| City State ZIP Code |  |  |  |
| Person's relationship to you |  |  |  |
| Person Who Received Transfer |  |  |  |
| Number Street |  |  |  |
| City State ZIP Code |  |  |  |
| Person's relationship to you |  |  |  |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

   ☐ No
   ☑ Yes. Fill in the details.

   | Name of trust | Description and value of the property transferred | Date transfer was made |
   |---|---|---|
   | | | |

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☑ No
    ☐ Yes. Fill in the details.

    | | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|
    | Name of Financial Institution <br> Number  Street <br> City  State  ZIP Code | XXXX-___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
    | Name of Financial Institution <br> Number  Street <br> City  State  ZIP Code | XXXX-___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ☑ No
    ☐ Yes. Fill in the details.

    | | Who else had access to it? | Describe the contents | Do you still have it? |
    |---|---|---|---|
    | Name of Financial Institution <br> Number  Street <br> City  State  ZIP Code | Name <br> Number  Street <br> City  State  ZIP Code | | ☐ No <br> ☐ Yes |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
    - ☑ No
    - ☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Storage Facility | Name | | ☐ No |
| | | | ☐ Yes |
| Number Street | Number Street | | |
| | City State ZIP Code | | |
| City State ZIP Code | | | |

## Part 9: Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**
    - ☑ No
    - ☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $ |
| Number Street | Number Street | | |
| City State ZIP Code | City State ZIP Code | | |

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**
    - ☑ No
    - ☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number Street | Number Street | | |
| City State ZIP Code | City State ZIP Code | | |

### 25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Number Street<br>City State ZIP Code | Governmental unit<br><br>Governmental unit<br>Number Street<br><br>City State ZIP Code | Environmental law, if you know it | Date of notice |

### 26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| Case title _____<br><br><br>Case number | Court or agency<br>Court Name<br><br>Number Street<br><br>City State ZIP Code | Nature of the case | Status of the case<br>☐ Pending<br>☐ On appeal<br>☐ Concluded |

## Part 11: Give Details About Your Business or Connections to Any Business

### 27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Number Street<br>City State ZIP Code | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |

| Business Name<br>Number Street<br>City State ZIP Code | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |

| Business Name | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| Number Street | | EIN: __ __ - __ __ __ __ __ __ |
| | Name of accountant or bookkeeper | Dates business existed |
| City State ZIP Code | | From _____ To _____ |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ **No**  
☐ **Yes.** Fill in the details below.

Name            Date issued

MM / DD / YYYY

Number Street

City State ZIP Code

### Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ *[signed] Al Wescott*        ✗ _____

Signature of Debtor 1        Signature of Debtor 2

Date 11/7/2016        Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No  
☑ Yes (4 additional pages)

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No  
☐ Yes. Name of person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

### Question 2) Where you live

I also lived at 853 Ashbury from 10/18/2004 to 2/25/2014.

### Question 12) Property in Possession of Another

I don't believe this is what the question is asking for, but nevertheless, in the spirit of completeness, fyi I learned on October 13th, 2016 that my computers and laptops and cell phones (which I lost on September 1st, 2014 when my ex-wife forced me out of our homes) are in the possession of her former attorney, Michelle Harris.

Also, fyi my former car (as of 2014), a 2007 Lexus GS450h, owned by Lodestar Technology LLC, was impounded by the Walnut Creek police in June and is or was in possession of a company in the Walnut Creek area.

Since neither was an assignee/receivership, court-ordered, or for creditors, I checked 'no'.

### Question 18) Transfer - part a

I did sell a Note and Deed of Trust in July 2016. See writeup on page 4 (107 p. 12). Besides that, there are two other items worth noting. (1) I sold my former car in 2014 (by transferring the LLC) - but that was prior to the timeframe of this question.
(2) I also offered to put mortgages on property I hoped to, or attempted to, buy (see Executory Contracts).

### Question 27) Sole proprietor

As per other forms I *attempted* to work as a sole proprietor but earned no income.

Also, I have a bank account with Bank of America as a sole proprietor, but only because I am on the ChexSystems "bad bank list" and cannot open a regular bank account. I plan to close the account since I cannot afford the $16/month to keep it open (and indeed, it received credits after my 10/24/2016 filing when it was overdrawn almost $200 back to zero and it's already overdrawn again because of the latest $16 charge that was debited for monthly fees). No accountant as there has been no income to account for. No fictitious business name was filed.

### Question 27) Former Member in a LLC (ex-wife's)

I was a prior member (with 50% of the member units) of Atlas Consulting, LLC and even Managing Member. However, this is now Monette Stephens' LLC. Per Monette that was prior to January 17th, 2012 (so more than 4 years ago). I believe this business is now listed as being at 853 Ashbury Street San Francisco CA 94117-4418. I have no idea who the bookkeeper or accountant is.

## Question 27) Former Member in a LLC in the past 4 years (my own)

The LLCs I could find EINs for are as follows. None of their filing fees or registrations have been paid for at least five years (to my knowledge). For the great majority of these, it was my company, Surprise Development, Inc., that was the Member, not me personally, but nevertheless I am listing all these for the sake of completeness. They all had a mailing address of 853 Ashbury Street SF CA 94117-4418. Steve Haggard was the accountant for all these businesses. They are all real estate related. I believe all of them are suspended and have been for years:

26-2335520 11385 East Road, LLC

02-0811387 Bradshaw Urban Development, LLC

26-3260708 DEHLI MINI STORAGE, LLC

26-0682578 1083 Mississippi Street, LLC

26-3260661 AYSS MINI STORAGE LLC

26-2345809 Oroville Industrial Park, LLC

26-3199184 Livingston Retail LLC

I believe that these businesses may have had EINs, too, but unsure of what the EINs are, if so:

Unexpected Development, LLC
Atwater Development Company, LLC
Auburn MultiFamily I, LLC
Wildhorse Lincoln Estates, LLC
3886 Noriega Street, LLC

I think there were some other LLCs for California properties. I believe all of the properties in LLCs that I owned (beneficially) as of 1/17/2012 were foreclosed in 2011, 2010 or prior.

The only exception to that from my point of view is that 3910 Carol Avenue, Santa Barbara, CA 93110 was formerly owned in Atlas Consulting, LLC, and per Ms. Stephens' testimony in trial on 10/13/2016 it's currently owned by Monette Stephens and has not been foreclosed. From Ms. Stephens' point of view I never had ownership of that property. To the best of my knowledge that house is "underwater" anyways, with more debt than it's worth.

Official Form 107 - Carl A. Wescott - 8664 - Additional Pages - Page 3 / 4 - 107 Page 11

The other information for these LLCs is the same as previous LLCs (suspended, Steve Haggard was the relevant accountant, 853 Ashbury Street address). The five named LLCs were all real-estate-related.

**Question 27) Former Owner, Officer, Director, Managing Executive (Corporation)**

The corporations I could find EINs for are as follows. None of their filing fees or registrations have been paid for at least five years. They all had a mailing address of 853 Ashbury Street San Francisco, CA 94117-4418. Steve Haggard was the accountant for all these businesses. I believe all of them are suspended and have been for years:

94-3193712 EduTain, Inc.
94-3193714 EyeThink ErgoSound Inc.
94-3193716 Gyrosoft, Inc.
94-3210022 The MultiMedia Advantage, Inc.
91-1784386 The Stanford-Wescott Corporation
72-1593402 Broadband Mechanics, Inc.
20-0221099 PeopleBridge, Inc.
20-0667909 KnightsRidge Wines, Inc.
56-2616703 Sycamore Investment Partners, Inc.
20-3824618 Miracle Solutions, Inc.
20-4487284 Surprise Development, Inc.
61-1520411 Chuluganti Investments, Inc.
37-1537382 Noesis Partners, Inc.

The first six were related to computer consulting of various sorts; PeopleBridge, Inc. was a real estate brokerage; KnightsRidge was a winery; Sycamore and Miracle were investment-related, and the last 3 were real estate related.

For the sake of completeness, let me list these two:

41-2200049 3878-3886 Noriega Owner's Association
27-2956455 Pook Snook Dook Limited Partnership

Official Form 107 - Carl A. Wescott - 8664 - Additional Pages - Page 4 / 4 - 107 Page 12

I ran the Noriega Owner's Association HOA for a 4-unit building at 46th and Noriega. I don't know what type of entity it was.

In 2010 my ex-wife and I had various entities set up related to estate planning, including the LP listed above. I believe there was also a separate Family Limited Partnership, General Partner, and at least one Trust, but I don't have any paperwork - Monette Stephens has all of that, and it's all at 853 Ashbury Street as far as I know.

All of these corporations and LLCs were in existence in some form or another as of 10/24/2012, but I believe they were all suspended and I believe they are all suspended.

Once again, the only exception to that is that there's a new Atlas Consulting, LLC that I believe was formed by Ms. Stephens.

### Question 18) Transfer - part b

On July 27th, 2016 I sold the right to collect on a Note (unsigned) and Third Deed of Trust (Falsely Quit-Claimed to the Beneficiary) to Jeremy Kee, for $2,000 (seller-financed, and now paid in full). Jeremy Kee is a former tenant of mine.

### Question 19) Self-settled Trust(s)

As an non-attorney, I'm not sure if the Pook Snook Dook Trust is technically a self-settled trust - it looks like it may be. In 2010 or 2011 Monette Stephens and I transferred at least 5 items to a trust - I think it was called the Pook Snook Dook Trust. I believe they were all Notes or Deeds of Trust, but not 100% sure. I believe this is fully documented in the Statement of Financial Affairs from the January 2012 filing.