UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

CARL ALEXANDER WESCOTT,                                                       No. 16-10975

                             Debtor(s).
_____/

ORDER DENYING APPLICATION TO PAY FILING FEE IN INSTALLMENTS
_____

      The Debtor having failed to appear as ordered this date to be examined on his application to pay the filing fee in installments, IT IS ORDERED that the application is DENIED. This case will be dismissed at noon on December 16, 2016, if the entire balance of the filing fee has not been paid by then.

Dated: December 2, 2016

                                                   Alan Jaroslovsky
                                                   U.S. Bankruptcy Judge