

Fill in this information to identify your case and this filing:

Debtor 1 Carl Alexander Wescott
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Northern District of California

Case number 16-10975

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1. 100 Hectares
Street address, if available, or other description

La Paloma
City State ZIP Code

County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other ____________

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $________
**Current value of the portion you own?** $________

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
see attached

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** ____________

If you own or have more than one, list here:

1.2. ____________
Street address, if available, or other description

City State ZIP Code

County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other ____________

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $________
**Current value of the portion you own?** $________

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
____________

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** ____________

1.3. Street address, if available, or other description

City State ZIP Code

County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other ______

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** ______

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** .......... ➔ $ 0.00

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☑ No
- ☐ Yes

3.1. Make:
Model:
Year:
Approximate mileage:
Other information:

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

If you own or have more than one, describe here:

3.2. Make:
Model:
Year:
Approximate mileage:
Other information:

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

Case: 16-10975 Doc# 19 Filed: 12/14/16 Entered: 12/14/16 12:27:51 Page 2 of 15

3.3. Make: ______
Model: ______
Year: ______
Approximate mileage: ______
Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $______
**Current value of the portion you own?** $______

3.4. Make: ______
Model: ______
Year: ______
Approximate mileage: ______
Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $______
**Current value of the portion you own?** $______

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1. Make: ______
Model: ______
Year: ______
Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $______
**Current value of the portion you own?** $______

If you own or have more than one, list here:

4.2. Make: ______
Model: ______
Year: ______
Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $______
**Current value of the portion you own?** $______

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ........ → $ 0.00

Case: 16-10975 Doc# 19 Filed: 12/14/16 Entered: 12/14/16 12:27:51 Page 3 of 15

Debtor 1 Carl Alexander Wescott
First Name Middle Name Last Name

Case number (if known) 16-10975

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples*: Major appliances, furniture, linens, china, kitchenware
☑ No
☐ Yes. Describe......... $

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☑ Yes. Describe.......... 1 iPhone6 + 1 printer $ 354.53

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☑ No
☐ Yes. Describe.......... $

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
☑ Yes. Describe.......... 3 guitars $ 400.00

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☑ No
☐ Yes. Describe.......... $

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes. Describe.......... some clothes $ 200.00

12. **Jewelry**
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☑ No
☐ Yes. Describe.......... (but see additional pages) $

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☑ No
☐ Yes. Describe.......... $

14. **Any other personal and household items you did not already list, including any health aids you did not list**
☐ No
☑ Yes. Give specific information. ............. books $ 200.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................ → $ 1,100.00

Case: 16-10975 Doc# 19 Filed: 12/14/16 Entered: 12/14/16 12:27:51 Page 4 of 15

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ........ Cash: ........ $ 10.21

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes ........

| | Institution name: | |
|---|---|---|
| 17.1. Checking account: | Bank of America | $ -16.00 |
| 17.2. Checking account: | | $ |
| 17.3. Savings account: | | $ |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ........ Institution or issuer name:

| Institution or issuer name | |
|---|---|
| | $ |
| | $ |
| | $ |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them........

| Name of entity: | % of ownership: | |
|---|---|---|
| See additional pages | 0% % | $ 0.00 |
| | 0% % | $ |
| | 0% % | $ |

Case: 16-10975 Doc# 19 Filed: 12/14/16 Entered: 12/14/16 12:27:51 Page 5 of 15

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them....................... Issuer name:

| Issuer name | Value |
|---|---|
| | $ |
| | $ |
| | $ |

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.

| Type of account: | Institution name: | Value |
|---|---|---|
| 401(k) or similar plan: | | $ |
| Pension plan: | | $ |
| IRA: | | $ |
| Retirement account: | Social Security (value unknown) | $ |
| Keogh: | | $ |
| Additional account: | | $ |
| Additional account: | | $ |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☑ Yes ..........................

| | Institution name or individual: | Value |
|---|---|---|
| Electric: | | $ |
| Gas: | | $ |
| Heating oil: | | $ |
| Security deposit on rental unit: | | $ |
| Prepaid rent: | | $ |
| Telephone: | | $ |
| Water: | | $ |
| Rented furniture: | | $ |
| Other: | The BRE has a $95 prepayment for real estate broker test | $ 95.00 |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes .......................... Issuer name and description:

| Issuer name and description | Value |
|---|---|
| | $ |
| | $ |
| | $ |

Debtor 1 Carl Alexander Wescott
First Name Middle Name Last Name
Case number (if known) 16-10975

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes .................................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

$
$
$

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No
☑ Yes. Give specific information about them.... (My ex-wife and I had the Wescott Family Limited Partnership and the Pook Snook Dook Trust (names from memory)) 5+ years ago; I had CWRT $ 0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No
☑ Yes. Give specific information about them.... I own carlawescott.com and carlwescott.com $ 1.99

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them.... $

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .......................

Federal: $
State: $
Local: $

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information.............

Alimony: $
Maintenance: $
Support: $
Divorce settlement: $
Property settlement: $

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes. Give specific information............. See additional pages $ 0.00

Official Form 106A/B Schedule A/B: Property page 7
Case: 16-10975 Doc# 19 Filed: 12/14/16 Entered: 12/14/16 12:27:51 Page 7 of 15

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Medicaid | Carl Wescott | $ 0.00 |
| (Unknown) | Carl Wescott | $ 0.00 |
| | | $ |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information............. $

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim. ................... See additional pages $

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim. ................... $

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information........... $

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ........ → $ 107.20

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe....... $

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Describe....... See additional pages $ 30,000.00

Case: 16-10975 Doc# 19 Filed: 12/14/16 Entered: 12/14/16 12:27:51 Page 8 of 15

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe....... $

41. **Inventory**

☑ No
☐ Yes. Describe....... $

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe....... Name of entity: % of ownership:

| Name of entity | % of ownership | |
|---|---|---|
| | % | $ |
| | % | $ |
| | % | $ |

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes. Describe....... $

44. **Any business-related property you did not already list**

☐ No
☐ Yes. Give specific information .........

$
$
$
$
$
$

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........ ➔ $ 30,000.00

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☑ No
☐ Yes ........................ $

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information. ............ $________

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes ........................ $________

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes ........................ $________

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information. ............ $________

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........ ➔ $ 0.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information. ............ $________ $________ $________

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........ ➔ $ 0.00

## Part 8: List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2** ........ ➔ | | $ 0.00 |
| 56. **Part 2: Total vehicles, line 5** | $ 0.00 | |
| 57. **Part 3: Total personal and household items, line 15** | $ 1,100.00 | |
| 58. **Part 4: Total financial assets, line 36** | $ 107.20 | |
| 59. **Part 5: Total business-related property, line 45** | $ 30,000.00 | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $ 0.00 | |
| 61. **Part 7: Total other property not listed, line 54** | + $ 0.00 | |
| 62. **Total personal property.** Add lines 56 through 61. ........ | $ 31,207.20 Copy personal property total ➔ | + $ 31,207.20 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ........ | | $ 31,207.20 |

**Question 1) residential real estate**

I also had ownership of a 100 hectare property in Uruguay. My name is still on title. It was transferred 5, 6, or 7 years ago (exact details in previous bankruptcy filing) to Michael Palmer, who had loaned me $500,000, as per the terms of my original loan with him... I signed all papers to transfer to him. However, I have recently learned that Michael Palmer never completed the process to take ownership (very foolish on his part - he is now going to lose his entire repayment). I bought the property for $1.2 million in approximately 2008. At this point there is over $700,000 owed in property taxes on the property, as well as at least 5 lawsuits or judgments against me in Uruguay seeking many hundreds of thousands more (Juan Fischer who resold his claim to someone, Lucia Carluccio, Chuck Baumann, David Baird, Ina Goodman), so it appears that this property will be sold at auction to pay off creditors shortly unless someone intervenes or purchases the property and pays off over $1 million of property taxes and claims.

I had a community interest with my ex-wife, Monette Stephens, in 3910 Carol Avenue, Santa Barbara, CA 93110, as well as in the entity that owned it until recently, Atlas Consulting LLC, but on October 13th 2016, in family law court in San Francisco, Judge Anne-Christine Massullo ordered that that house go to Ms. Stephens.

My Revocable Trust (Carl Wescott Revocable Trust) had a 50% interest in 853 Ashbury Street, San Francisco, CA 94117-4418, but in 2012 my ex-wife and I transferred/sold our entire interest in the house (which is underwater with 6 Deeds of Trust that I know about recorded against it) to Homer Ventures, LLC. 98% of our interests' Grant Deeds were recorded in 2012, and Homer Ventures, LLC has the other two Grant Deeds of Ms. Stephens' last 1% and my Revocable Trust's 1%. Those had not been recorded at the time that (as I understand it) Homer Ventures' chapter 11 was converted to a chapter 7. However, Homer Ventures owns 100% of the house despite 2% of the past Grant Deeds' interests not yet having been recorded. Furthermore, in October 2016, Judge Anne-Christine Massullo ordered that any of my interest in that house go to Ms. Stephens. I do not believe Judge Massullo's order has any effect since neither Ms. Stephens nor I have any ownership in that house, which has been in the foreclosure process for over 6 years and is 7 digits underwater anyways.

**Question 3) vehicles**

I used to own an LLC, Lodestar Technology, LLC, which owned a Lexus GS450h 4-door sedan that had $22,222.22 of unsecured debt associated with it (not including interest since June 3rd, 2012). In Fall of 2014 (approximately - not sure of exact date), after being rendered homeless by my ex-wife, I sold the LLC (and thus the car) to get cash.

**Question 12) jewelry**

I don't have any jewelry except that I had a platinum wedding ring that is likely still at 853 Ashbury Street in San Francisco. Monette Stephens claims (and has claimed under oath and penalty of perjury) that it and my other possessions are not there and/or that she threw them away, which would be a breach of her fiduciary duty to our marital estate. I also had a community interest in $400,000+ of artwork and jewelry as of 2011. In 2010 and 2011 I had suggested to my ex-wife that we sell those items. She had removed much of the artwork and jewelry from our San Francisco house in 2011, supposedly to sell it. I later learned that unbeknownst to me she had committed felony bankruptcy fraud and hidden jewelry (including a 3.14 carat diamond) and artwork with her mother and a friend of hers. I am unaware that Ms. Stephens ever sold any of those items, so I still have a community interest in whatever she has, which has thus far remained unaffected by any judge's order in our divorce.

**Question 19) interests in businesses including corporations and LLCs**

Within the past 8 years, I have owned part or all of many corporations and LLCs. I have also used many EINs in the past. Let's start with the EINs:

94-3193712 EduTain, Inc.

94-3193714 EyeThink ErgoSound Inc.

94-3193716 Gyrosoft, Inc.

94-3210022 The MultiMedia Advantage, Inc.

91-1784386 The Stanford-Wescott Corporation

20-0221099 PeopleBridge, Inc.

20-0667909 KnightsRidge Wines, Inc.

72-1593402 Broadband Mechanics, Inc.

20-3824618 Miracle Solutions, Inc.

20-4487284 Surprise Development, Inc.

56-2616703 Sycamore Investment Partners, Inc.

61-1520411 Chuluganti Investments, Inc.

37-1537382 Noesis Partners, Inc.

26-0682578 1083 Mississippi Street, LLC

26-2335520 11385 East Road, LLC

02-0811387 Bradshaw Urban Development, LLC

26-3260708 DEHLI MINI STORAGE, LLC

[continued]

26-3260661 AYSS MINI STORAGE LLC

30-0670241 9501 Lane Drive, LLC

26-2345809 Oroville Industrial Park, LLC

26-3199184 Livingston Retail LLC

In addition, I founded (or co-founded) and created the following LLCs:

Unexpected Development LLC
Atwater Development Company, LLC
Auburn MultiFamily I, LLC
Wildhorse Lincoln Estates, LLC
3886 Noriega Street, LLC

There is more information about these corporations and LLCs in 107, Statement of Financial Affairs, and a more entities I own or have owned - see Question 27 (appendix/extra pages).

I also owned part of nine sociedad anonima, all of which are suspended and have been inactive for more than five years. For the sake of completeness I include the list from my prior chapter 7 filing, as sheet 1 for this question, at the back of this appendix.

**Question 21) Retirement**

I do not know the value of my Social Security account but I included a recent statement dated 10/31/2016 at the end of this document, as an appendix, in my original filing. However, the clerk at the bankruptcy office instructed me to remove that statement when filing.

**Question 22) Deposits and Prepayments**

The California Bureau of Real Estate has a prepayment from me of, I believe, $95, for me to take my broker's license examination.

**Question 25) Carl Wescott Revocable Trust**

Its sole asset was originally a 50% share in 853 Ashbury Street, CA 94117-4418. All 50% ownership of that house was sold to Homer Ventures LLC in 2012, with that 50% being divided in to two Grant Deeds, one for 49% and one for 1%. The 49% DoT was recorded then and the other Deeds (4 total including Monette Stephens' former share) were all sent to Rick Louie in 2012 as part of that sale. Homer Ventures, LLC is the 100% owner of that house, which is way "underwater" (see appendix of 106D for details on the first 4 secured liens, of 6+ liens total, on the house).

**Question 30) Amounts owed to me**

[See separate sheet 1, debts owed to me since prior to January 17th, 2012, at end of these pages]

Beyond that, I lent Jeff Knaus ~$3600 back in 2012. I have no signed note. I have tried to collect for 4+ years while I've desperately needed money, but Mr. Knaus has claimed to be indigent. We're past the 4 year mark that an attorney told me mattered for collections when I contemplated small claims court.

I provided approximately $5,000 to my ex-girlfriend, Ann Haulund, in early to mid 2014 with the understanding that she would pay me back when she got money in her own divorce settlement. Her divorce was recently finalized and she didn't get monies and survives only with her mother's support. She doesn't want to pay me and is unable to pay me so I've let it go (mentally). I have no accounting, no records, no signed note - it was an informal arrangement.

I lent Jeff Middlemiss $2,000 for his rent in ~2014, which was a mistake. No signed note. He's pleaded poverty and since then told me he's not going to pay me. I also have a claim against him for monies paid for services never rendered.

Rich Trivett owes me around $10,000 as of 2001, if memory serves. The amount is from rent owed in 1998 or 1999, plus a further loan I made in 2001 or so. The amount would be much higher now with interest.

**Question 31) Insurance policies**

On September 1st, 2014 my ex-wife Monette Stephens forced me out of the houses and I have been homeless since then. In late 2014 I got CalFresh (food stamps) and Medicaid. I got the latter because it appeared Ms. Stephens had cancelled my insurance in violation of our marital dissolution ATROs (automatic temporary restraining orders). However, on October 13th, 2016 Ms. Stephens testified under oath that she had purchased insurance for me, and she stated that she had been getting insurance cards to her attorneys to send to me over the past 2+ years. I never received any from them over the past 2+ years, so I believe Ms. Stephens was lying under oath, but it could be true that I have an actual health insurance policy. Hence, my marking "Unknown" for a second potential medical insurance policy. Either she's perjured herself, violated the ATROs, or most likely, both.

**Question 33) Claims against third parties**

[See separate sheet 1, claims against third parties prior to January 17th, 2012]

[See separate sheet 2, claims against third parties since January 17th, 2012]

**Question 39) Office equipment**

On October 13th, 2016 Monette Stephens testified under oath and penalty of perjury that she had given my computers, laptops, cell phones and possibly other equipment to Michelle Harris, her former attorney. I have been asking for the equipment since I was rendered homeless in 2014 but have never received it (other than one broken Toshiba laptop that was given to me in court in September or October 2014). I am not sure what is in that category but I'm hoping it's a lot. If the Trustee is able to recover the equipment, and the value of the used equipment exceeds my exemption (see 106C) I hereby request that I be allowed to get information off of any hard drives that the Trustee sells prior to the sale. The Trustee is, of course, welcome to copy all of that information as well. The value is a guess of what I might have paid for all the equipment if everything I'm hoping is there. Used, the equipment is certainly worth significantly less than when it was bought new years ago.