December 13th, 2016

US Bankruptcy Court
District of California, Northern Division
99 E St
Santa Rosa, CA 95404

Re: Case number 16-10975

Dear Sir or Madam:

I have the following changes (address updates) to the creditor matrix:

<u>1) Chase Bank</u>

```
Chase
PO Box 78148
Phoenix, AZ 85062
```

is now

```
Chase
Chase Tower
201 N. Central Avenue
Phoenix, AZ 85062
```

<u>2) America's Servicing Company - IA</u>

```
America's Servicing Company
P.O. Box 10388
Des Moines IA 50306-0388
```

is now

```
America's Servicing Company
1 Home Campus
Des Moines IA 50328
```

<u>3) America's Servicing Company - MD</u>

```
America's Servicing Company
7495 New Horizon Way
Frederick, MD 21703
```

is now

```
America's Servicing Company
7485 New Horizon Way
Frederick, MD 21703
```

### 4) James Fuller

James Fuller
2508 Sacramento Street
San Francisco, CA 94115

is now

James Fuller
2508 Grand Teton Avenue
Hemet, CA 92544

### 5) Dan Leimel

Dan Leimel
8001 Irvine Center Dr. Ste 980
Irvine, CA 92618

is now

Dan Leimel
23461 South Pointe Drive Suite #215
Laguna Hills, CA 92653

### 6) John Packowski

John Packowski
1400 S Street, suite 200
Sacramento, CA 95814

is now

John Packowski
600 Shangri Lane
Sacramento, CA 95825

### 7) Brian Reed

Brian Reed
135 Mississippi Street
San Francisco, CA 94107

is now

Brian Reed
1085 Mississippi Street
San Francisco, CA 94107

### 8) Citibank

>Citibank N.A.
>15851 Clayton Road
>Ballwin, MO 63011

is now

>Citibank N.A.
>15215 Manchester Road
>Ballwin, MO 63011

### 9) American General Finance

>American General Finance
>PO Box 31016
>Charleston, SC 29417-1016

is now

>American General Finance
>1609 W Floyd Baker Blvd
>Gaffney, SC 29341

### 10) BankOne

>BankOne NA
>201 N Walnut Street
>Wilmington, DE

was acquired by Chase and so is now

>BankOne c/o Chase
>Chase Tower
>10 South Dearborn Street
>Chicago, IL 60603

### 11) Susan McShannock

>Susan McShannock
>45 Mitchell Blvd # 14
>San Rafael, CA 94903-2011

is now

>Susan McShannock
>RE/MAX Gold
>529 Soscol Avenue
>Napa, CA 94559

12) Ionian Capital

        Ionian Capital
        45 Mitchell Blvd # 14
        San Rafael, CA 94903-2011

is now

        **Ionian Capital**
        c/o Susan McShannock
        529 Soscol Avenue
        Napa, CA 94559

13) Universal Card

        Universal Card
        8787 Baypines
        Jacksonville, FL 32201

was acquired by AT&T and is now

        AT&T Universal Card
        PO Box 6500
        Sioux Falls, SD 57117

14) Steve Bonilla

        Steve Bonilla
        555-4th St. #411
        San Francisco, CA 94117

is now

        Steve Bonilla
        SkyKick
        200 W. Thomas Street #400
        Seattle, WA 98119

15) Commercial Capital

        Commercial Capital, Inc.
        P.O. Box 630130
        Littleton, CO 80163

is now

        Commercial Capital, Inc.
        8101 E. Prentice Avenue Suite M-202
        Greenwood Village, CO 80111

### 16) CCI Funding

        CCI Funding I LLC
        8101 E. Prentice Avenue
        Greenwood Village, CO 80111

is now

        CCI Funding I LLC
        c/o Commercial Capital, Inc.
        8101 E. Prentice Avenue Suite M-202
        Greenwood Village, CO 80111

### 17) CreditOne Bank

        CreditOne Bank
        585 Pilot Road
        Las Vegas, CA 94903

is now

        CreditOne Bank
        PO Box 98873
        Las Vegas, CA 89193-8873

### 18) FirstUSA Bank1

        First USA Bank
        1001 Jefferson Plaza
        Wilmington, DE 19801

is now

        First USA Bank
        2001 Bryan Tower
        Dallas, TX 75201

### 19) FirstUSA Bank2

        First USA Bank
        2500 Westfield Road
        Elgin, IL 60123

is now

        First USA Bank
        PO Box 74015
        Atlanta, GA, 30374-0115

### 20) Jason Schwager

        Jason Schwager
        45 Mitchell Blvd # 14
        San Rafael, CA 94903

is now

        Jason Schwager
        Allison James Estates and Homes
        210 South Sierra Ave. Suite B
        Oakdale, CA 95361

### 21) Alliance Financial

        Alliance Financial
        8001 Irvine Center Dr. Ste 980
        Irvine, CA 92618

is now

        Alliance Financial
        c/o Dan Leimel
        23461 South Pointe Drive Suite #215
        Laguna Hills, CA 92653

---

In addition, I had previously sent in these changes, but have gotten more mail "bounces" from some of them, so providing these again in case they have not been processed:

### 22) Randy Jacobszoon

        Randy Jacobszoon
        P.O. Box 225
        Cazadero, CA 95470

is now

        Randy Jacobszoon
        P.O. Box 225
        Redwood Valley, CA 95470

### 23) Jacobszoon Forestry Services

        Jacobszoon Forestry Services
        P.O. Box 225
        Cazadero, CA 95470

is now

        Jacobszoon Forestry Services
        P.O. Box 225
        Redwood Valley, CA 95470

### 24) Bank of California

    Bank of California
    640 Battery Street
    San Francisco, CA

is now (after a merger):

    Bank of California (formerly)
    c/o Union Bank (new name after merger)
    400 California Street
    San Francisco, CA 94104

### 25) San Francisco County Recorder

    San Francisco County Recorder
    400 S. Van Ness Avenue
    San Francisco, CA 94103

is now

    San Francisco County Assessor-Recorder
    1155 Market Street
    San Francisco, CA 94103

### 26) Chase Manhattan Mortgage (DE)

    Chase Manhattan Mortgage
    802 Delaware Avenue 8TH Floor
    Wilmington, DE 19081

is now

    Chase Manhattan Mortgage
    201 N Walnut Street Fl 2
    Wilmington, DE 19801-2901

### 27) CPMC

    California Pacific Medical Center
    File 737710, PO Box 60000
    San Francisco, CA 94160-0001

is now

    California Pacific Medical Center
    File 737710, PO Box 7999
    San Francisco, CA 94120-7999

### 28) Chase Manhattan Mortgage (CA)

    Chase Manhattan Mortgage
    P.O. Box 509011
    10790 Rancho Bernardo Road
    San Diego, CA 92127-5705

is now

    Chase Manhattan Mortgage
    10790 Rancho Bernardo Road
    San Diego, CA 92127-5705

### 29) Gina Perry

    Gina Perry
    Marakana
    301 Howard Ste 550
    San Francisco, CA 94105

is now

    Gina Perry
    49 Parkcrest
    Newport Coast, CA 92657-1097

### 30) Advanta Business Services

    Advanta Business Services
    11850 S. Election Drive
    Draper, UT 84020

is now

    Advanta Business Services
    1020 Laurel Oak Road, 3rd floor
    Voorhees, NJ 08043-7228

### 31) Glenn and Carol Araujo

    Glenn and Carol Araujo
    216 Boothbay Avenue
    Foster City, CA 94404

is now

    Glenn and Carol Araujo
    Residence Inn San Diego
    8901 Gilman Drive
    La Jolla, CA 92037

Thank you!

*[signature: A. Wescott]*

Carl A. Wescott, debtor (case #16-10975)
PO Box 1304
Sausalito CA 94966
+1 415 335 5000