Tamar Gabriel (SBN: 266860)
Gabrielt@cmtlaw.com
**CARLSON & MESSER, LLP**
9841 Airport Blvd., Suite 1200
Los Angeles, CA 90045
Tel: (310) 242-2211
Fax: (310) 242-2222

*Attorney for Defendant,*
GILA, INC. d/b/a MUNICIPAL SERVICES BUREAU,
erroneously sued and served as MSB

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| IN RE: <br><br> CARL ALEXANDER WESCOTT <br><br> DEBTOR. | CH. 7 CASE NO. 16-10975-AJ-7 <br><br> Adversary Proc. No. 17-03038 |
| CARL ALEXANDER WESCOTT, <br><br> PLAINTIFF, <br><br> vs. <br><br> CITY OF SAN FRANCISCO; SFMTA; and MSB; <br><br> DEFENDANTS. | **MOTION TO ENFORCE SETTLEMENT AGREEMENT** <br><br> Hon. Hannah L. Blumenstiel <br><br> Date: November 30, 2017 <br> Time: 2:00 p.m. <br> Dept.: Courtroom 19 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on November 30, 2017, at 2:00 p.m., or as soon thereafter as counsel may be heard by the above-captioned Court, located at 450 Golden Gate Avenue, 16th Floor, Courtroom 19, San Francisco, CA 94102, in the courtroom of Judge Hannah L.

1

MOTION TO ENFORCE SETTLEMENT AGREEMENT
Adversary Proc. No. 17-03038

Case: 16-10975   Doc# 51   Filed: 10/24/17   Entered: 10/24/17 16:10:36   Page 1 of 2

Blumenstiel, Defendant GILA, INC. d/b/a MUNICIPAL SERVICES BUREAU, erroneously sued and served as MSB, (hereinafter "Defendant") will move and hereby does move the Court for an order enforcing the parties' Settlement Agreement, and requiring Pro Se Plaintiff CARL ALEXANDER WESCOTT to comply with the terms of the Settlement Agreement under Section 12 by filling out a W9 form within three business days of the Court's Order. Plaintiff further seeks an award of attorney's fees and costs incurred in connection with this motion.

This Motion is based on this Notice of Motion, the attached Memorandum and Authorities, the Declaration of Tamar Gabriel, the pleadings and papers on file herein, and upon such matters as may be presented to the Court at the time of the hearing.

DATED: October 24, 2017  **CARLSON & MESSER LLP**

By: /s/ Tamar Gabriel
Tamar Gabriel
*Attorney for Defendant,*
GILA, INC. d/b/a MUNCIPAL SERVICES BUREAU

Case: 16-10975   Doc# 51   Filed: 10/24/17   Entered: 10/24/17 16:10:36   Page 2 of 2

2
MOTION TO ENFORCE SETTLEMENT AGREEMENT
Adversary Proc. No. 17-03038