Entered on Docket
July 06, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: July 6, 2018

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | ) Case No. 16-10975 HLB |
| CARL ALEXANDER WESCOTT, | ) Chapter 7 |
| Debtor. | ) |

**ORDER GRANTING MOTION TO REOPEN CASE**

    This matter is before the court on Debtor's motion to reopen the above-captioned case. Good cause appearing, the court **GRANTS** the motion. If the court has previously permitted the debtor to proceed in forma pauperis, fees shall be waived in the reopened case on the same basis.

**\*\*END OF ORDER\*\***

## Court Service List

Carl Alexander Wescott
PO Box 190875
San Francisco, CA 94119