Signed and Filed: August 15, 2018

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: ) Case No. 16-10975 HLB
)
CARL ALEXANDER WESCOTT, ) Chapter 7
)
        Debtor. )
)

### ORDER DENYING MOTION TO DISMISS AS MOOT

On July 3, 2018, Debtor Carl Wescott filed a motion to reopen the above-captioned Chapter 7 case to pursue an action against his former wife, Ms. Monette Stephens, and her attorney Mr. Terry Szuckso of Lvovich & Szucsko, P.C. (collectively, the "Szuckso Respondents") for violation of the discharge injunction. [Dkt. 55.] The court granted the motion to reopen (Dkt. 57), and on July 9, 2018, Mr. Wescott filed a request for an order to show cause re: Ms. Monette's and the Szuckso Respondent's violation of the discharge injunction (the "Request for OSC"; Dkt. 60). The court denied the Request for OSC on August 13, 2018. [Dkt. 61.] The same day the Szuckso Respondents filed a motion to dismiss the Request for OSC (the "Motion to Dismiss"; Dkt. 62).

-1-

In light of the court's denial of the Request for OSC, the court **DENIES** the Motion to Dismiss as moot. To the extent that the Motion to Dismiss purports to set a hearing on September 20, 2018, that hearing is **VACATED**.

**\*\*END OF ORDER\*\***

## Court Service List

Carl Alexander Wescott
PO Box 190875
San Francisco, CA 94119