TYE G. MERRITT, ESQ. (State Bar No. 235750)
MERRITT LAW, INC., A Professional Law Corporation
3200 E. Guasti Road, Suite 100
Ontario, CA 91761
Tel: (909) 476-0651
Fax: (909) 303-9013
Email: tye@mlawinc.com

Attorney for Movant, HSBC Bank USA, National Association as Trustee for the Holders of the certificates issued by Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR3

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>Carl Alexander Wescott *dba* Noriega Owner's Association *dba* Dehli Mini Storage, LLC *dba* Livingston Retail LLC dba Miracle Solutions, Inc. *dba* 11385 East Road, LLC *dba* EduTain, Inc. *dba* KnightRidge Wines, Inc. *dba* EyeThink ErgoSound Inc. *dba* Pook Snook Dook Limited Partnership *dba* The Stanford-Wescott Corporation *dba* Gyrosoft, Inc. dba 9501 Lane Drive, LLC *dba* Surprise Development, Inc. *dba* Chuluganti Investments, Inc. *dba* Sycamore Investment Partners, Inc. *dba* Broadband Mechanics, Inc. *dba* Bradshaw Urban Development, LLC *dba* Ayss Mini Storage, LLC *dba* Oroville Industrial Park, LLC *dba* Mississippi Street, LLC *dba* Noesis Partners, Inc *dba* PeopleBridge, Inc. *dba* The MultiMedia Advantage, Inc.<br>Monette Stephens, Co-Debtor,<br><br>Debtor.<br><br>HSBC Bank USA, National Association as Trustee for the Holders of the certificates issued by Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR3, | Case No. 16-10975<br><br>R.S. No.: TGM-1<br><br>Judge Hannah L. Blumenstiel<br><br>Chapter 7<br><br>**MOTION FOR RELIEF FROM STAY** *(REAL PROPERTY)*<br><br>**Preliminary Hearing:**<br>Date: January 10, 2019<br>Time: 9:30 a.m.<br>Place: 99 South "E" Street, Santa Rosa, CA 95404 |

**MOTION FOR RELIEF FROM STAY** *(REAL PROPERTY)*

|  | Movant, |
|---|---|
| vs. | |
| Carl Alexander Wescott, Debtor; and Linda S. Green, Chapter 7 Trustee, | |
|  | Respondents. |

///

///

HSBC Bank USA, National Association as Trustee for the Holders of the certificates issued by Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR3 ("Movant")[1] will and hereby does move, pursuant to 11 U.S.C. § 362(d), and Rule 4001 of the Federal Rules of Bankruptcy Procedure, for an order terminating the automatic stay of 11 U.S.C. § 362(a) as it applies to Movant and the real property located at 853 Ashbury Street, San Francisco, CA 94117.

GROUNDS FOR RELIEF

Pursuant to 11 U.S.C. § 362(d)(1), a party may seek relief from stay for cause, including the lack of adequate protection of an interest in property of such party in interest. While granting relief for cause includes a lack of adequate protection, there are other grounds. See *In re J E Livestock, Inc., 375 B.R. at 897*. The court maintains the right to grant relief from stay for cause when a debtor has not been diligent in carrying out his or her duties in the bankruptcy case, has not requirement payments, or is using bankruptcy as a means to delay payment or foreclosure. *W. Equities, Inc., v. Harlan, 783 F.2d 839 (9th Cir. 1986); Ellis v. Parr, 60 B.R. 432 (B.A.P. 9th Cir. 1985).*

In this case, the Debtor has failed to make pre and post-petition payments to the Movant. The Debtor is contractually due for the August 1, 2010 payment. In fact, 100 payments have come

---

[1] Pursuant to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004, notwithstanding Merritt Law, Inc.'s participation in this proceeding. Moreover, the within party does not authorize Merritt Law, Inc., either expressly or impliedly through Merritt Law, Inc.'s participation in this proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

**MOTION FOR RELIEF FROM STAY** *(REAL PROPERTY)*

due and were not paid. The Debtor is contractually delinquent in the amount of $$1,093,293.67. An additional payment of $14,716.25 will come due on December 1, 2018. As a result of the contractual default, a Notice of Default was recorded on February 26, 2018. See Declaration in Support of Motion for Relief. See Declaration in Support of Motion for Relief, Page 2, Paragraph 5.

Pursuant to 362(d)(2), the debtor does not have any equity in the subject Property and the Property is not necessary to an effective reorganization. Movant is informed and believes, based on the Broker's Price Opinion ("BPO") that the fair market value of the Property is approximately $2,580,000.00. Movant maintains that the Debtor and/or the estate's equity in the Property is as follows:

| | | |
|---|---|---|
| Fair Market value per BPO: | | $2,580,000.00 |
| Less: | First Deed of Trust | $2,874,432.65 |
| | Costs of Sale (8%) | $ 206,400.00 |
| | Total: | $3,080,832.65 |
| | Equity in Property | ( 500,832.65) |

Based on the above, there is no equity in the Property for the benefit of the bankruptcy estate.

This Motion is also based on the Notice of Motion for Relief from Automatic Stay, Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay, and Declaration in Support of Motion for Relief from Automatic Stay filed concurrently herewith, the pleadings and papers on file herein, an upon such oral and documentary evidence as may be presented by the parties at the hearing.

**WHEREFORE**, Movant prays that this Court issues an Order as follows:

1. The automatic stay of 11 U.S.C. Section 362(a) be terminated for cause, including lack of adequate protection, as to the Debtor and the Debtor's estate.

2. An Order Granting Relief from the Automatic Stay to allow Movant, its successors, transferees, and assigns, to proceed under applicable non-bankruptcy law to enforce its remedies against the Property, including to foreclose upon and obtain possession of the Property.

3. The 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived

Dated: December 12, 2018

MERRITT LAW, INC.,
A Professional Law Corporation

___/s/ *Tye G. Merritt*___
TYE G. MERRITT, ESQ.
Attorney for Movant HSBC Bank USA, National Association as Trustee for the Holders of the certificates issued by Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR3

**MOTION FOR RELIEF FROM STAY** *(REAL PROPERTY)*